### NO APPEAL FROM THE SUPERIOR COURT.

Court of Appeals for Hamilton County.

THE POSTAL LIFE INSURANCE CO. v. HORACE W. HARMEYER ET AL.*

Decided, March 14, 1914.

There is no right of appeal from the Superior Court of Cincinnati to the Circuit Court of Appeals.

*Frank H. Kunkel,* for motion to dismiss appeal.
*Thos. L. Michie,* contra.

BY THE COURT (SWING, O. B. JONES and E. H. JONES, JJ.)

It was held in the case of *Thompson, Adm'r, v. Gest St. B. A.,* 13 C. C., 250, that as the law then was there was there was no right of appeal from the Superior Court of Cincinnati to the circuit court. There has been no change in the law, organic or otherwise, since the decision in that case, affecting the question.

The motion to dismiss the appeal is sustained. Case above cited followed and approved.

---

*For opinion below, see *Postal Life Insurance Co.* v. *Harmeyer,* 15 N.P. (N.S.), 476, and opinion following.